FILED

JAN 02 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY CN
DEPUTY CLERK

Name Kiara Holmes
Street Address 1042 Lillian michel Dr.
City and County Breaux Bridge
State and Zip Code LA 70517
Telephone Number 504-430-1165

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Kiara Holmes

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

See attached

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:24-cv-0013-DJC-AC (PS)
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kiara Holmes |
| Street Address | 1042 Lillian Michel Dr. |
| City and County | Breaux Bridge, St Martin Parish |
| State and Zip Code | La 70517 |
| Telephone Number | 504-430-1165 |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | See attached |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | see attached |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☐ Federal question ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

______________________________________________

______________________________________________

______________________________________________

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Kiara Holmes, is a citizen of the State of *(name)* Louisiana.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* see attached, is a citizen of the State of *(name)* ______________________. *Or* is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* see attached, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. *Or* is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$2,228,000,000 plus interest and other.
see IV. Relief and statute of limitations
for further explanation

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

see attachment

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attachment

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 26, 2023.

Signature of Plaintiff: Kiara Holmes

Printed Name of Plaintiff: Kiara Holmes

Holmes, Kiara – Pro Se

**I.**

**Defendant**:

-**Kiara Holmes (Queen of Dubai)**

1042 Lillian Michel Dr.

Breaux Bridge, La 70517

504-430-1165

**Plaintiffs:**

-**Youtube and three founders**

901 Cherry Avenue

San Bruno, California 94066

650-253-0000

**Steve Chen, Chad Hurley, and Jawed Karim**

(unknown for all)

-**Alphabet Inc.**

Registered Address:

1600 Amphitheatre Parkway

Mountain View, CA 94043

650-253-0000

-**Google LLC.**

Registered Agent:

Corporation Service Company

2710 Gateway Oaks Drive, Suite 150N

Sacramento, CA 95833

-**Larry Page**

(CEO and computer scientist)

(unknown)

-**Shawn Corey Carter (Jay Z)**

(Rapper and record executive)

(unknown)

-**Monica Denise Arnold**

(Singer and Actress)

Resides in Georgia

Phone: 504-430-1165 Address: 1042 Lillian Michel Dr. Breaux Bridge, La 70517 Kiara Holmes

Holmes, Kiara – Pro Se

**II. Jurisdiction:**

Diversity Case

Plaintiff:

**1.A.**

Kiara Holmes

Citizen of Louisiana

Defendants:

**2. A.** Individuals:

Steve Chen – unknown (Might be California)

Chad Hurley – unknown (Might be California)

Jawed Karim – unknown (Might be California)

Larry Page – unknown (Might be California)

Shawn Carter (Jay Z) – unknown (Might be New York)

Monica Arnold – unsure (Might be Georgia)

**2. B.** Corporations:

Youtube – California

Google - California

Alphabet Inc. – California

**II. 3. The Amount of Controversy**

**$2,228,000,000 plus interest, and other –**

Set up to be raped, set up for attempt murder and murder of my unborn, sexual exploitation of a juvenile (at the time), stealing my company, investor shares, owner title, etc.

Further Explained under **IV. Relief**

**III. Statement of Claim/Allegations:**

1. My rape is captured on a music video called "Killing The Rats" that is uploaded onto Youtube, with over 30 Million views as of December 2023, and has over a dozen music video reaction videos, of others describing their thoughts of what they saw. I know that Youtube is not assisting with taking this video down, because the idea and concept of Youtube originally came from me. Around 2004-2006 the plaintiffs came to me for an idea on how to revamp their failing attempt to get more views and uploads to their site. They were originally disguising an underground pornography site, mostly used for revenge porn, as a dating site where they were advertising payment of $100-$200 for sexy video footage of women, with or without their permission. They didn't find anything wrong with this, until legal issues were threatened. That's when they contacted me, and me knowing that they were already under investigation, I suggested advertising to pay video uploaders money to upload videos of all kinds, but to mainly focus on fascinating, talented, skilled, or humorous videos for other viewers to view. Then once the website became a main attraction, switch to only paying out, uploaders with the most/top views. Thus, YouTube was created and became a hit. I didn't ask for any type of compensation then, for revamping/branding their website idea, partly because I believed that the site was originally displaying illegal video footage of women against their will, and I suggested taking the funds that would've went to me, to pay to women who were being violated on their site, thanks to their heartless scheme. I simply wanted to help women, not become a victim to pervert like activity online.

2. Later, I was again contacted by the same three individuals, asking for an idea on how to get more funding, or residual income for Youtube. I suggested seeking out investors, and offering something of value to gain their interest, like a tech company. The investor of interest was Larry Page of Alphabet Inc. I gave them the details for this tech company and told them to sell the idea as an international one stop shop for all needs, tech company. I offered the idea of Google, which was named by the defendants. I then informed them, that I would be investing $1 Billion, to contribute to the start up of this company, and to pitch it with a well known celebrity, Shawn Carter, aka Jay Z, as backing it. I knew Shawn Carter, previously from ghostwriting songs for him and his artist. It was stated that the funds paid to Mr. Carter to contribute to Google, were a loan that Mr. Carter needed to pay back. In return I received ownership/investor documents to Google, and all benefits that came along with the title. I am the largest contributing investor of Google.

3. Shortly after, the three founders of Youtube began to view me as a threat, since I was aware that they had been previously running a revenge porn site, and they decided to thank me by teaming up with singer Monica, someone who publicly displayed dislike for me, to set me up and have me raped on camera, as blackmail to keep me quiet about what I knew. I know that this is true, because all four of them (Monica and Youtube founders) had the audacity to tell me their plans over the phone, years prior to me being recorded. They even informed me of how they knew how to tamper with algorithms across several websites and other technology, including google, and can use computers talking to computers, to make certain viewers see what they wanted

them to see, as a form of intimidation or harassment. As well as using this tactic to sell my browsing history to my enemies, boost views of Kodak's videos so that Monica can get paid more, increase visuals of videos that I have suggested to not be seen or blocked, and staging a fake royal family of Dubai then increase video views to wash away the idea that I 'am the real Queen of Dubai. Followed by telling me that "this is how they treat all sluts like me!" Then, I was informed that if I said anything to anyone that they would tell Monica, so that she could set me up. Lastly, after being shot, they called me again to inform me that they had just confirmed that I was in fact a real Queen of Kingdoms, and that they weren't afraid of me, because they knew that my documents were stolen and that well-connected individuals were working to keep my identity a secret, while trying to keep me stuck in the USA.

4. After my encounter with founders of Youtube and Monica, I was contacted by both Shawn Carter (Jay Z) and Larry Page, explaining to me how they would be taking all of my shares, ownership benefits, and owner/investor title, documents, etc. from me. They were both well aware that I was a juvenile and that they were both violating many of my rights. They used bullying like tactics against me, and basically confirmed that they were all aware and taking advantage of the threats from Monica and others to do me physical harm, if I didn't comply. At that point I underwent duress and began to comply with all outrageous request made by Shawn Carter. Larry Page, informed me that he wanted no parts of anything else, other than taking Google away from me, even though he knew his actions were fraudulent. My billion dollar company, Etha International, was taken over and dissolved, also all of my assets like government bonds were taken by Mr. Carter, who informed other celebrities, and a chain of phone calls were received, all issuing threats while emptying my bank accounts and splitting it up amongst themselves.

5. Monica Arnold had a vendetta against me since a child. I was half of her ghostwriting team for all of her songs and acting scripts and was never paid for my work. Even as I got older and began writing songs/albums independently for her, she still refused to pay me, and instead always issued threats, harassment, and blackmail. She would also use a mutual cousin of ours, Londrell Franklin, for third-party threats and harassment. Monica has personally pulled a gun out on me once when I was toddler, after being caught stealing my father's car, which I was laying in the backseat of. The only reason that she didn't shoot me, was because I convinced her that I could make her famous and rich, like I had done others, through ghostwriting for her, so that she could change her lifestyle. Throughout the years, she has threatened to send criminal ex boyfriends of hers after me. She also uses the nickname, Goonika as a term to keep me in line, and remind me, that she's capable of literally anything including killing me.

6. I used to be a childhood millionaire turned trillionaire in my teens, which made me a lot of enemies because jealousy is real. My own family would plot against me constantly, so that they could steal my fortune. I was drugged, gang raped, and held hostage for three days. I managed to escape, and received a phone call from rapper Kodak, who stated that Monica said that I needed to follow him on tour with her, so that I could be his video girl and assist in directing his music videos in between show stops, since I ghostwrote both of their songs/albums. (Pictures of

Kodak wearing my personal chain which he dipped in gold, and mention my name in his song are attached for further proof that I know him and was with him.) I only agreed, because he told me that Monica said she wouldn't give me any problems, unless I gave her any. Also, I didn't want to go back home, since it was my family who had originally set me up to be taken hostage, leaving me with blood clotted lips from being tortured with a monkey wrench and bruises on my face that are visible in the music video "Super Gremlin" by Kodak, where me and a stunt double "SZA", who had mimicked my wounds with makeup, are seen. I also ghostwrote and sang with autotune for "SZA".

7. While on tour with Kodak, Monica purposely starved me. Once we were no longer around her, she had her personal bodyguard drug me, and place a gun to my head, demanding that I perform oral sex on Kodak while being filmed for his video "Killing The Rats", named for intimidation purposes. Kodak didn't want me to, but we were both being threatened by Monica through her guard. She threatened to kill me, if I didn't comply, and threatened to take out a life insurance policy on Kodak, that she held. She even went as far as having our mutual cousin Londrell file a fake police report and lawsuit against Kodak for rape, to offset me wanting to press charges for what actually happened to me. I use the term "fake" because it was solicited sex between the two of them, that she engaged in, and then later called me on the phone to brag about how her and Monica came up with the plan for her to sue Kodak and make it public, to prevent me from being able to sue later. This is how Kodak, later became pardoned by President Trump, because legally I'am the Queen of Dubai and several other Kingdoms, since age sixteen, and my written testimony was used to help pardon him. President Trump was aware of everything done and said.

8. Later, the singer Monica and our mutual cousin teamed up with other celebrities, artist, business partners who I had completed work for/with, that refused to pay me, and decided to get a hit put out on me. I was around the age 17/18 when I was shot in my chest, and immediately jumped by at least 8 other celebrities while suffering from a gunshot wound, then hours later shot in the head because I wouldn't die fast enough, left in the dust to die, while my breast were fed on by wild coyote/wolve like animals, killing the child that I carried, and leaving me with memory loss, due to PTSD. I forgot who I was and what had happened to me. My friend found me and took me to have a private cosmetic surgery paid for by Sean Combs (P. Diddy), inside of a hotel, where I received a blood transfer. The bullet in my head is gone, but fragments of the bullet in my chest are still inside of my right breast, which is sealed with silicone, the size of a golf ball, which later turned into a tumor (medical records of breast ultrasound attached). All of my royal identifying documents, nation flags, commercial license plate, my fortune including bonds, my house, private jet, and Billion dollar company "Etha International" based in London, UK (dissolved) was stolen or bamboozled while under duress as well, leaving me unable to identify myself as Queen, even though I was mentioned as Queen of Dubai in President Obama's treaty, then later on granted sovereignty by President Biden. Even after being shot, Monica's threats continued, and she would use our mutual cousin as intimidation, and pass along messages. Monica even called me on the phone to let me know her personal involvement in me being shot, so she could remind me that if I was to tell, that she would send someone else after me again. All other parties involved, called and did the same as Monica.

9. All of this makes perfect sense, since Monica and Youtube are the ones benefitting and being paid off of my rape being displayed in Kodak's video, which he does not own the rights to. I tried filling a police report, but was unsuccessful since I didn't know where I was at the time of rape or shooting. Police claimed it was a jurisdiction issue. Also due to my PTSD, I had completely forgot about what happened to me, until I started scrolling on Youtube one day, and clicked on Kodak's video, due to familiarity, and began having flashbacks of the person on camera performing oral sex, being me raped as a teen. By then, a decade had passed, and the video was almost a year old since it came out. Also, Londrell, our mutual cousin, kept calling/visiting me trying to get me to remember things that sounded bizarre to me, so that she could get me to sue others instead of suing Monica, causing a series of uncontrollable flashbacks.

10. I requested that Youtube take the video down, on the grounds that it is child pornography, being that I wasn't of legal age yet. They first responded by saying they would open an investigation and inform the other party to give them a chance to edit or take down the footage. Then they responded with asking for my personal identifying information, which at first, I refused, because I don't trust them, and secondly, why is sexual activity being displayed on a public website that isn't registered as pornographic site anyways. Finally, they claimed that they found no fault with the other party or the video footage, and then dismissed my claim. (Copies of the emails are attached.)

Holmes, Kiara – Pro Se

**IV. Relief**:

**Larry Page and Alphabet Inc**:

Relieve the three founders of Youtube of their duties effective immediately.

**$1,000,000** from Alphabet Inc. for not routinely checking to see if child pornographic/pornographic videos were uploaded on site, even though this is the third largest technology company. Allowing the use of company's business'/websites like Youtube and Google to be used for algorithm tampering to harass and intimidate victims. **All capital gains for me, are paid by you, Larry Page and Alphabet Inc.** If funds aren't readily available, sell your house(s), vehicle(s), other assets, or take out a loan.

**Google:**

I want all my shares/royalties, my portion of Google ownership, and investor rights back. I want my ownership documents back and to be publicly recognized as an owner! I also want **8% interest** for up to 14 years paid on my original $1 Billion investment to Google. In addition, I want monthly or quarterly payments equaling to **$1 Billion annually**, since it was my funds and ideas that contributed to this trillion-dollar empire, and your participation helped ensure that I lost my trillion-dollar fortune, along with a logo-labeled, signed document by all owners/members stating that they are aware of my demands. Google generates over $100 Billion annually, so I know these payments are possible! Otherwise, I will be pursuing treason charges against Larry Page, and add him to a RICO case for organized crime. **All capital gains for me are paid by Google**.

**Shawn Carter (Jay Z):**

**$1 Billion** upfront, paid back to me for the loan I gave you. In addition, I would like **$1 Billion** paid in monthly installments, up to one year and whichever of my assets you still possess, for your participation in deceptively stealing my billion dollar company Etha International and assets, fraud, and your participation in treason against me. ( I have been told by several individuals that you held meetings trying to get different individuals to take out a hit on me.) Plus **$20 Million** for beheaded video, (see last page), and edit his head out, so his children never has to see it. **All capital gains for me are to be paid by you, Shawn Carter (Jay Z).** Lastly, I want **a phone call made to ensure** that I receive my royal identifying and sovereignty status documents back, since it was partly your fault that they were stolen. Otherwise, I will be pursuing treason charges and add you to a RICO case for organized crime. If funds aren't readily available, sell your house(s), vehicle(s), other assets, or take out a loan.

**Youtube and it's three founders**:

**$50,000,000** for allowing a video (revenge porn) of me being raped as a juvenile to be uploaded on their website.

**$50, 000,000** for refusing to take down a video of me being raped as a juvenile, off of their website, emotional distress, and public humiliation since there are individuals, who know that it's me in the video.

 Kiara Holmes

**$50,000,000** for threatening and assisting Singer Monica Arnold Brown in having me raped and recording it to display on their site for compensation from views; sexual exploitation. Also, from starting a scheme that led to the attempt murder (treason) of me, Queen of Dubai and the murder of my unborn child. Also, forcing me to relive my trauma all over again.

**$25,000,000** for using background as being IT techs for algorithm hacking and tampering across websites and other technology, and selling off my browsing history, increasing anxiety and depression, increasing views of my rape, and promotion of a fake royal family – imposters.

**$10,000,000** for beheaded video. (See last page).

I would like the video of me being raped taken down ASAP. Also I would like a public apology to me and the Kingdom of Dubai for this public embarrassment, to avoid being shunned by my own Kingdom. Also, since this was a planned attack against me, I would like all three plaintiffs/owners to step down from their company Youtube, due to this being something that they are adamant about continuing to do and have done to women. They do not deserve to be able to control such a huge platform where their motives are always questionable. Otherwise, I will pursue treason charges against all three of them and add them to a RICO case, for organized crime. **All capital gains for me, are paid by Youtube and it's founders**. If funds aren't readily available, sell your house(s), vehicle(s), other assets, or take out a loan.

**Monica Arnold:**

**$10,000,000** for plotting with founders of YouTube to have me held at gunpoint by her bodyguard and forced to be raped on camera, uploading the video of my rape (revenge porn) on a huge public website, and public humiliation.

**$10,000,000** for threatening, harassing, blackmailing, and plotting with other celebrities and individuals for attempt murder (treason) against me, the Queen of Dubai and the murder of my unborn child. Causing emotional distress from sexual exploitation. Refusing to edit or take down the (revenge porn) video of me being raped, and forcing me to relive my trauma.

**$2,000,000** for non-payment. Also, I want **all of Monica's rights, royalties, and monetization income to the Super Gremlin** album and videos.

**All capital gains for me, are paid by Monica Arnold.**

I would like a public apology to me and the Kingdom of Dubai for this public embarrassment to avoid being shunned by own Kingdom, if not, then I will pursue charges to have brought up against her, to have her arrested for her participation in a RICO case, organized crime, as well as placed on the child predator's list, to prevent her from being able to do this again and get away with it. If funds aren't readily available, sell your house(s), vehicle(s), other assets, or take out a loan.

PROLONGING THE STATUTE OF LIMITATION(S):

**Disability**: from being shot and PTSD, causing my memory loss; medical condition. Also, was a minor and unable to legally permit and bring forth a case until becoming an adult.

**Discovery Rule**: Didn't discover/rediscover my injuries until this year, due to memory loss and not being able to retain my memory after a certain period.

**Delayed Discovery Rule**: Unaware of facts that would have caused me to suspect having suffered harm due to someone else's negligence, through memory loss and fraud.

**Fraudulent Concealment:** fraudulently concealing the true reason (which was a set up) for stealing my company, ownership/investor rights, royalties, and title for Google, which I had already been named an owner/investor of previously.

**Sex Crime of a juvenile**: raped on camera after already being kidnapped and raped.

**Violent Crime**: murder and attempt murder

**Genocide:** For almost complete extermination of Dubai's first and only royal family. My daughter was almost smothered while/around time I was undergoing medical care, and her father who would have been the first Prince Consort of Dubai, was killed a year later, shot in the head by the same person who shot me in the head. He purposely broke up with me, so no one would know what he was doing, then took my oldest sister ring shopping for me, a few weeks before dying. He told me that they were going to behead his corpse and place it in a music video, which they did, in the background of Jay Z's artist's music video, of a song that I was forced to write and come up with the rest of the video to, causing even more trauma, too much to bear, that my mind blocked it out for years. He told me who all to sue, because his other child's mother was the one who insisted on carrying a life insurance policy on him, because rumors spread that they wanted his head. The video has been viewed on Youtube for more than 200 million views.

Phone: 504-430-1165 Address: 1042 Lillian Michel Dr. Breaux Bridge, La 70517 Kiara Holmes

# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

IMPORTANT: PRINT or TYPE, black ink or ribbon mandatory 140/180

STATE OF LOUISIANA
**CERTIFICATE OF DEATH**

2010 09 873

09933220 BIRTH No. ____ FILE No. 117____

- 1A. Last name of decedent: SKIPPER
- 1B. First name: BRANDEN
- 1C. Middle name: J'HARI
- 2A. Date of death (Month, Day, Year): April ~~21~~ 20, 2010
- 2B. Hour of death: 10:00P.M.
- 3. Sex: MALE
- 4. Race: BLACK
- 5. Marital status: NEVER MARRIED
- 6. Surviving spouse:
- 7. Date of birth: AUGUST 2, 1988
- 8A. Age (years): 21
- 9. Birthplace: NEW ORLEANS, LOUISIANA
- 10. Usual occupation: LABORER
- 11. Kind of business/industry: COLD STORAGE
- 12. Of Hispanic origin: NO
- 13. Ever in U.S. Armed Forces: NO
- 14. Social security number: [redacted] KH
- 15. Decedent's education (Elementary/Secondary): 11TH
- 16A. Place of death: Other [X]
- 16B. Name of facility: 852 S. Clearview Parkway
- 16C. Place of death in city limits: Yes
- 17A. City, town or location of death: Harahan
- 17B. Parish of death: Jefferson
- 18A. Street address: 1717 BONNIE ANN DR.
- 18B. Parish of residence: JEFFERSON
- 18C. State of residence: LOUISIANA
- 18D. Usual residence of decedent (City, town or location): MARRERO
- 18E. Zip code: 70072
- 18F. Residence inside city limits: NO
- 19A. Father's last name / First / Middle:
- 19B. Father's place of birth:
- 20A. Mother's maiden name: SKIPPER — First: BRENDA
- 20B. Mother's place of birth: NEW ORLEANS, LOUISIANA
- 21A. Type or print name of informant: BRENDA S. IVEY
- 21B. Informant's address: 1717 BONNIE ANN DR. MARRERO, LA. 70072
- 21C. Date: APR. 23, 2010
- 22A. Method of disposition: Burial [X]
- 22B. Date thereof: MAY 1, 2010
- 22C. Name and location of cemetery or crematory: ~~PROVIDENCE~~ Resthaven CEMETERY-~~METAIRIE~~ Avondale, LA.
- 23A. Signature and address of funeral director: DAVIS MORTUARY SERVICE, 230 MONROE ST., GRETNA, LA. 70053
- 23B. Facility number: 1108
- 23C. License number: U-1313
- 24. Alterations: Coroner's KBC 6-17-10; F.H.DT. KBC 6-14-10
- 25A. Burial transit permit: S-296047
- 25B. Parish of issue: JEFFERSON
- 25C. Date of issue: APR. 28, 2010
- 26. Signature: 12
- 27. Manner of death: Homicide [X]
- 28A. Date of injury: 04/20/10
- 28B. Time of injury: 9:46 p.m.
- 28C. Injury at work: No
- 28D. Describe how injury occurred: Shot by another person(s).
- 28E. Place of injury: parking lot
- 28F. Location: 852 S. Clearview Pkwy; Harahan, Jeff. LA
- 29A. I certify that I attended the decedent from ____ to ____: CORONER'S CASE
- 29B. Signature of physician or coroner: (signed)
- 29C. Date: 4/30/2010
- 29D. Type or print name and title of physician or coroner: Karen F. Ross, M.D. Asst. Coroner
- 29E. Address of physician or coroner: 2018 8th Street; Harvey, LA 70058
- 30. Part I. Immediate cause: a. Gunshot Wound of the Head
- 32A. Was an autopsy performed: [X] Yes
- 32B. Were autopsy findings available prior to completion of cause of death: [X] Yes

MAY 03 2010

DEC 12 2023

09933220

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

DEVIN GEORGE
STATE REGISTRAR

DHH-OPH LOUISIANA

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE


vevo
Edit
Today
11:45 AM
12:22 PM
88%
AT&T


AT&T
7:33 PM
10%
Done 25761_121942777816942_5...
AT&T
12:22 PM
Today
11:52 AM
Edit
88%

Reason For Exam

611.72

Report

CLINICAL HISTORY:
Patient is 21 years old and is seen for .

RIGHT ULTRASOUND:
There is an oval solid mass with parallel orientation and circumscribed margins
and posterior acoustic enhancement measuring 35 x 30 x 15 mm in the right breast. The finding has a well defined pseudocapsule.

This finding is consistent with a fibroadenoma. It is readily palpable.

IMPRESSION:

SOLID MASS IN THE RIGHT BREAST IS BENIGN-APPEARING.

CLINICAL FOLLOWUP ALTHOUGH THE APPEARANCE IS BENIGN WITHOUT CONCEN FOR MALIGNANCY AT THIS TIME, SURGICAL CONSULTATION MAY BE A CONSIDERATION IF IT
CONTINUES TO ENLARGE WITH LOCAL DEFORMITY.

ACR BI-RADS Category 2 - Benign Findings

A reminder letter will be scheduled.

Primary Reader: Michael D'Antonio, M.D.

XXX

Signature Line

***** Final *****

Dictated by: DANTONIO, MICHAEL MD
Dictated DT/TM: 08/14/2013 4:09 pm
Signed by: DANTONIO, MICHAEL MD
Signed (Electronic Signature): 08/14/2013 4:09 pm

PATIENT HOLMES, KIARA | DOB 9/3/1991 | MRN 1205672 | SOURCE WJMC Cerner Inpatient Millennium Power Chart | ENCOUNTER DATE 8/14/2013 13:18:00

Reason For Exam

611.72

Report

CLINICAL HISTORY:
Patient is 21 years old and is seen for .

RIGHT ULTRASOUND:
There is an oval solid mass with parallel orientation and circumscribed margins
and posterior acoustic enhancement measuring 35 x 30 x 15 mm in the right breast. The finding has a well defined pseudocapsule.

This finding is consistent with a fibroadenoma. It is readily palpable.

IMPRESSION:

SOLID MASS IN THE RIGHT BREAST IS BENIGN-APPEARING.

CLINICAL FOLLOWUP ALTHOUGH THE APPEARANCE IS BENIGN WITHOUT CONCERN FOR MALIGNANCY AT THIS TIME, SURGICAL CONSULTATION MAY BE A CONSIDERATION IF IT
CONTINUES TO ENLARGE WITH LOCAL DEFORMITY.

ACR BI-RADS Category 2 - Benign Findings

A reminder letter will be scheduled.

Primary Reader: Michael D'Antonio, M.D.

XXX

Signature Line

***** Final *****

Dictated by: DANTONIO, MICHAEL MD
Dictated DT/TM: 08/14/2013 4:09 pm
Signed by: DANTONIO, MICHAEL MD
Signed (Electronic Signature): 08/14/2013 4:09 pm

Scanned with CamScanner

AT&T LTE 3:15 AM 93%

8 Messages

< Inbox **Privacy Complaint R...**

**YouTube Support Team** 8/8/23

To: kiara.holmes@ymail.com >

Hi Kiara,

Thanks for contacting the YouTube Legal Support team. The reference number for your complaint is 32OSTO6NRYAHQRWHT2FNHQ74AQ.

We received your Privacy Complaint about this content: https://www.youtube.com/watch?v=QoGeltZdry4

To give the uploader a chance to remove or edit their video, we notified them about the potential violation. Your privacy is respected during this process. We won't share your identity or contact info with the uploader without your consent.

YouTube gives the uploader 48 hours to act on the complaint.

- If the uploader removes the video

AT&T LTE 1:17 PM 13%

8 Messages

Inbox Privacy Complaint R...

uploader without your consent.

YouTube gives the uploader 48 hours to act on the complaint.

- If the uploader removes the video during these 48 hours, the filed complaint is closed.
- If the potential privacy violation remains on the site after 48 hours, we queue the complaint for review by the YouTube Team. Your complaint will be carefully reviewed. We get a high volume of privacy complaints, and we thank you for your patience.

During these 2 days, if you want to cancel your claim, follow this link and confirm your retraction: http://support.google.com/youtube/contact/privacy_followup?caseid=32OSTO6NRYAHQRWHT2FNHQZ4AQ&ctx=32OSTO6NRYAHQRWHT2FNHQZ4AQ:D7k3ZaN-OqVMLrZGvWSTLg&email=Kiara.holmes@

AT&T LTE 3:14 AM 93%

8 Messages

Inbox Privacy Complaint R...

Hello,

**Please provide information so that we may verify your identity or the identity of the person for whom you are submitting a claim.** Acceptable forms of verification include a clear scanned copy or uploaded photo of government-issued identification, such as a passport, driving licence, or birth certificate **(if the complaint relates to a minor). Your identification should include the following information:**

**Full Name:**

**Photograph:**

**Date of Birth (if the privacy complaint in question relates to a minor):**

YouTube respects the privacy of individuals who use our services.
Any information that you share is subject

AT&T LTE 3:14 AM 93%

8 Messages

< Inbox Privacy Complaint R...

YouTube Support Team 8/6/23

To: kiara.holmes@ymail.com >

Hello,

We are unable to identify a violation of our Privacy Guidelines in the content you reported. For more information regarding our Privacy Guidelines, please visit: http://youtube.com/t/privacy_guidelines.
YouTube has a range of online resources designed to help users on our site. In order to ensure that your complaint is directed to the most appropriate place, please review the links below for further information on YouTube's content policies and how to make reports to the YouTube team. The information is designed to help you better understand your situation, as well as explaining how to report such content.

- If you think an interaction with a fellow community member has risen to the level of harassment, please visit: https://

AT&T LTE 3:12 AM 93%

8 Messages

< Inbox Privacy Complaint R...

Video links are at the bottom as well as pictures.

Killing the rats:
https://youtu.be/QoGeltZdry4
(Rape at 1:59- 2 minutes)

Super gremlin:
https://youtu.be/kiB9qk4gnt4
(Kodak wears my chain and I'm one of the video girl)

On Everything:
https://youtu.be/zZPySV5Znyo
(Reference to changing color of my chain - :59 - 1:03)
(Reference to saying my name - 2:02 - 2:06)

[redacted]

AT&T LTE 3:13 AM 93%

< Inbox Privacy Complaint R...



**Kodak Black - Killing The Rats [Official Music Video]**

27M views 1y ago #KodakBlack #OfficialMusi ...more

Drugged & raped at gunpoint/starved me for a Week

Kodak Black 3.45M Subscribe

310K Share Remix Dow



AT&T LTE 3:14 AM 93%

8 Messages

< Inbox **Privacy Complaint R...**



**Mix - Kodak Black - Supe...** X

Mixes are playlists YouTube makes for you

ME

→



**Mix - Kodak Black - Supe...** X

Mixes are playlists YouTube makes for you

SZA

→

AT&T LTE 3:14 AM 93%

Inbox Privacy Complaint R...




**Mix - Kodak Black - Supe...**

Mixes are playlists YouTube makes for you

MY CHAIN



Kodak Black - Super...



AT&T LTE 3:14 AM 93%

Inbox **Privacy Complaint R...**

